### KIBLER v. GULF LAND & LUMBER CO.

(Circuit Court of Appeals, Fifth Circuit. February 2, 1909.)

No. 1,783.

APPEAL AND ERROR (§ 5*)—PROPER MODE OF REVIEW—APPEAL.

A judgment in an action at law is reviewable in the federal courts only on writ of error.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 11; Dec. Dig. § 5.*]

In Error to the Circuit Court of the United States for the Western District of Louisiana.

Howard B. Warren, for plaintiff in error.
Paul A. Sompayrac, for defendant in error.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This is an action at law for the recovery of damages brought by a citizen of Arkansas against a corporation organized under the laws of Missouri said to be domiciled in Louisiana, which the court below dismissed for want of service of citation. The plaintiff below took a devolutive appeal under the Louisiana practice. Motion is made in this court to dismiss for want of writ of error. This motion must be granted.

Dismissed.